In the Matter of the Claim of WILBUR CHAPMAN, Respondent, v. KIAMESHA CONCORD, INC., et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.—

Bergan, P. J., Coon, Herlihy, Reynolds and Taylor, JJ., concur.